

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00750-CV

**IN RE** George **WEIMER**; Bob Roberts, Jr.; James Hughes; Dustin Navarro; Jose Perez;
Morris Salzman; Gordon Hitzfelder; Brian Sullivan; and Bonnie Tapp

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: November 13, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 24, 2019, relators filed a petition for writ of mandamus. After considering the

petition and the record, this court concludes relators are not entitled to the relief sought.

Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-13-0000351, styled *Bandera County River Authority and Groundwater District v. Bexar-Medina-Atascosa Counties Water Control and Improvement District No. 1; et al.*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.